Lennox THOMAS, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney General, Respondent.

No. 09–72578.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 14, 2011.*

Filed Jan. 19, 2011.

Nathan Dean Dysart, John J. Sinclair & Associates, Olympia, WA, for Petitioner.

James Eugene Grimes, Senior Litigation Counsel, U.S. Department of Justice, Washington, DC, OIL, U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: REINHARDT, GRABER, and PAEZ, Circuit Judges.

MEMORANDUM **

The petitioner was ordered removed under INA § 237(a)(2)(A)(iii) as an aggravated felon. The predicate felony conviction upon which that order relied, however, occurred in 1984, so § 237(a)(2)(A)(iii) does not apply. *Ledezma–Galicia v. Holder,*

— Fed.Appx. ——, ——, 2010 WL 5174979, at. *16 (9th Cir.2010). We therefore grant the petition and remand on this basis, and need not reach the question whether the BIA properly applied the modified categorical approach.

Petition GRANTED and REMANDED.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

